UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - -x

Sam Lopez

            **Plaintiff**

            V.S.                                **Order of Discontinuance**

Juice Generation 10 Inc., et al         1:15-cv-05408-AMD-PK

            **Defendant**

- - - - - - - - - - - - - - - - - - - - x

ANN M. DONNELLY, UNITED STATES DISTRICT JUDGE

    The Court having been advised that this action has been settled,

    Therefore, it is ORDERED and ADJUDGED that this action is discontinued without cost and without prejudice to the right to reopen the action if the settlement is not consummated.

    SO ORDERED

DATED:    Brooklyn, New York        s/Ann M. Donnelly
            01/11/2016                  _____
                                                    HONORABLE ANN M. DONNELLY
                                                    UNITED STATES DISTRICT JUDGE